JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

   450 Golden Gate Avenue, Ninth Floor
   San Francisco, California 94102
   Telephone:     (415) 436-6909
   Facsimile:     (415) 436-6748
   Email: jonathan.lee@usdoj.gov

Attorneys for FEDERAL CROP INSURANCE COMPANY
RISK MANAGEMENT AGENCY

MERLE C. MEYERS, ESQ. (SBN 66849)
D. CLARKE SUGAR (SBN 251681)
MEYERS LAW GROUP, PC
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 362-7500
Facsimile: (415) 362-7515

ATTORNEYS FOR JOHN VAN CUREN,
AS TRUSTEE OF THE CHAPTER 11 ESTATE
OF MICHAEL HAT, A/K/A MICHAEL HAT
FARMING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN VAN CUREN, AS TRUSTEE OF THE CHAPTER 11 ESTATE OF MICHAEL HAT, A/K/A MICHAEL HAT FARMING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL CROP INSURANCE COMPANY, RISK MANAGEMENT AGENCY,<br><br>    Defendants. | No. C 09-3509 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO POSTPONE ALL CASE MANAGEMENT DEADLINES PENDING THE DECISION ON DEFENDANTS' MOTION TO DISMISS** |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The pending case management deadlines in this matter, including the deadline for the parties to meet and confer regarding Rule 26 initial disclosures, early settlement, ADR selection and a discovery plan; the filing of a stipulation selecting an ADR method; service of Rule 26 initial disclosures, and filing of a report regarding discovery, should be postponed until after the Court decides defendant's motion to dismiss for failure to state a claim and for lack of jurisdiction and in the alternative to dismiss for improper venue.

2. The motion is scheduled for hearing on January 7, 2010.

3. The parties request that the Court, if appropriate following the ruling on defendant's motion, set a new date and time for the initial case management conference, with dates for exchange of initial disclosures, discussion of early settlement, ADR selection and discovery plan derived from the date for the initial case management conference.

**SO STIPULATED.**

DATED: November 3, 2009          MEYERS LAW GROUP, PC

   /s/
MERLE C. MEYERS, ESQ.
Attorney for Plaintiff JOHN VAN CUREN

DATED: November 9, 2009          JOSEPH P. RUSSONIELLO
United States Attorney

   /s/
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendants FEDERAL CROP
INSURANCE COMPANY, RISK
MANAGEMENT AGENCY

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 11/9/2009

_____
HON. VAUGHN R. WALKER
United States District Judge

