1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Ninth Floor
5      San Francisco, California 94102
       Telephone:     (415) 436-6909
6      Facsimile:     (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7
   Attorneys for FEDERAL CROP INSURANCE COMPANY
8  RISK MANAGEMENT AGENCY

9  MERLE C. MEYERS, ESQ. (SBN 66849)
   D. CLARKE SUGAR (SBN 251681)
10 MEYERS LAW GROUP, PC
   44 Montgomery Street, Suite 1010
11 San Francisco, CA 94104
   Telephone: (415) 362-7500
12 Facsimile: (415) 362-7515

13 ATTORNEYS FOR JOHN VAN CUREN,
   AS TRUSTEE OF THE CHAPTER 11 ESTATE
14 OF MICHAEL HAT, A/K/A MICHAEL HAT
   FARMING COMPANY

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19
   JOHN VAN CUREN, AS TRUSTEE OF      )     No. C 09-3509 VRW
20 THE CHAPTER 11 ESTATE OF           )
   MICHAEL HAT, A/K/A MICHAEL HAT     )
21 FARMING COMPANY,                   )     **STIPULATION AND [PROPOSED]**
                                      )     **ORDER TO POSTPONE ALL CASE**
22      Plaintiff,                    )     **MANAGEMENT DEADLINES**
                                      )     **PENDING THE DECISION ON**
23      v.                            )     **DEFENDANTS' MOTION TO DISMISS**
                                      )
24 FEDERAL CROP INSURANCE             )
   COMPANY, RISK MANAGEMENT           )
25 AGENCY,                            )
                                      )
26      Defendants.                   )
                                      )
27 ─────────────────────────────────

28

   STIPULATION AND PROPOSED ORDER
   Cases C 09-3509 VRW

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.     The pending case management deadlines in this matter, including the deadline for

the parties to meet and confer regarding Rule 26 initial disclosures, early

settlement, ADR selection and a discovery plan; the filing of a stipulation

selecting an ADR method; service of Rule 26 initial disclosures, and filing of a

report regarding discovery, should be postponed until after the Court decides

defendant's motion to dismiss for failure to state a claim and for lack of

jurisdiction and in the alternative to dismiss for improper venue.

2.     The motion is scheduled for hearing on January 7, 2010.

3.     The parties request that the Court, if appropriate following the ruling on

defendant's motion, set a new date and time for the initial case management

conference, with dates for exchange of initial disclosures, discussion of early

settlement, ADR selection and discovery plan derived from the date for the initial

case management conference.


        **SO STIPULATED.**

DATED: November 3, 2009                    MEYERS LAW GROUP, PC

                                            /s/
                                           MERLE C. MEYERS, ESQ.
                                           Attorney for Plaintiff JOHN VAN CUREN


DATED: November 9, 2009                    JOSEPH P. RUSSONIELLO
                                           United States Attorney

                                            /s/
                                           JONATHAN U. LEE
                                           Assistant United States Attorney
                                           Attorneys for Defendants FEDERAL CROP
                                           INSURANCE COMPANY, RISK
                                           MANAGEMENT AGENCY

STIPULATION AND PROPOSED ORDER
Cases C 09-3509 VRW
                                    2

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2

3  DATED: _11/9/2009_____

4  HON. VAUGHN R. WALKER
   United States District Judge



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
Cases C 09-3509 VRW

3