MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
D. CLARKE SUGAR, ESQ., CA Bar #251681
44 Montgomery Street, Suite 1010
San Francisco, CA  94104
Telephone: (415) 362-7500
Facsimile:  (415) 362-7515

Attorneys for Plaintiff John Van Curen, Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>JOHN VAN CUREN, as Trustee of the Chapter 11 Estate of MICHAEL HAT, a/k/a MICHAEL HAT FARMING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION; and RISK MANAGEMENT AGENCY,<br><br>Defendants. | Case No. CV-09-3509 |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR LACK OF JURISDICTION AND IN THE ALTERNATIVE TO DISMISS FOR IMPROPER VENUE**

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. On July 30, 2009, JOHN VAN CUREN, the plaintiff herein (the "Plaintiff") filed the *Complaint For Breach Of Contract And For Damages Under 7 C.F.R. § 400.96* (the "Complaint").

2. On October 15, 2009, the FEDERAL CROP INSURANCE CORPORATION and the RISK MANAGEMENT AGENCY, the defendants herein (the "Defendants"), responded to the Complaint by filing the *Motion To Dismiss For Failure To State A Claim And For Lack Of Jurisdiction, And In The Alternative To Dismiss For Improper Venue* (the "Motion"), which is presently scheduled for hearing on Thursday, January 7, 2010 at 10:00 a.m. (the "Scheduled Hearing")

3.  Based on scheduling conflicts, the Plaintiff and Defendants have agreed through their respective counsel, subject to Court approval, to vacate the Scheduled Hearing and reset the Motion for hearing on Thursday, February 25, 2010 at 10:00 a.m., the next available hearing date on the Court's schedule that accommodates both parties.  The parties' stipulation includes an agreement to postpone the filing dates for plaintiff's opposition and defendant's reply papers to correspond to the new hearing date.

**SO STIPULATED**

DATED:  December 17, 2009         MEYERS LAW GROUP, P.C.


By ___/s/ *Merle C. Meyers*_____
   Attorneys for Plaintiff John Van Curen


DATED:  December 17, 2009         JOSEPH P. RUSSONIELLO
                                  United States Attorney


By ___/s/ *Jonathan U. Lee*_____
   Jonathan U. Lee
   Assistant United States Attorney
   Attorneys for Defendants Federal Crop Insurance
   Corporation and Risk Management Agency


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  12/30/2009                _____
                                  HONORABLE VAUGHN R. WALKER
                                  United States District Judge



2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR LACK OF JURISDICTION AND IN THE ALTERNATIVE TO DISMISS FOR IMPROPER VENUE
20044/24512

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104