IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN VAN CUREN,                           No    C 09-3509 VRW

    Plaintiff,                          ORDER

    v

FEDERAL CROP INSURANCE
CORPORATION and RISK MANAGEMENT
AGENCY,

    Defendants.
_____/

        The parties have submitted letters to the court concerning an ongoing dispute whether plaintiff should be able to conduct jurisdictional discovery in opposition to defendants' motion to dismiss under FRCP 12(b)(1). Doc ##25, 26, 28. Plaintiff seeks to conduct discovery to show that defendants continually failed to act on plaintiff's administrative claims. Doc #25 at 2.

        Because plaintiff has not shown the discovery sought is necessary to oppose the motion, plaintiff's request for jurisdictional discovery is DENIED. The court will hear defendants' motion to dismiss as scheduled on June 10, 2010 at 10

1 AM. Plaintiff may, however, file an affidavit, similar in form to
2 an FRCP 56(f) affidavit, outlining his need for jurisdictional
3 discovery as part of his opposition to defendants' motion to
4 dismiss. See <u>Gualandi v Adams</u>, 385 F3d 236, 244 (2d Cir 2004).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

United States District Court
For the Northern District of California